# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:12-cr-00322-AT-JFK
## USA v. Hernandez
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 11/21/2013.

TIME COURT COMMENCED: 3:28 P.M.
TIME COURT CONCLUDED: 4:53 P.M.
TIME IN COURT: 1:25
OFFICE LOCATION: Atlanta

COURT REPORTER: Elise Evans
COURT INTERPRETER: David Hoover
DEPUTY CLERK: Amy McConochie

DEFENDANT(S): [1]Santas Hernandez Present at proceedings

ATTORNEY(S) PRESENT: Victoria Calvert representing Santas Hernandez
Brian Mendelsohn representing Santas Hernandez
Richard Moultrie representing USA

PROCEEDING CATEGORY: Evidentiary Hearing(Other Evidentiary Hearing-Contested);

MINUTE TEXT: Special Agent Lucas Yates and Officer Justin Manwaring sworn and testified.