IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 1:12-cr-0322-AT |
| | : | |
| SANTAS HERNANDEZ, | : : | |
| Defendant. | : | |

## **ORDER**

Both the Government and Defendant Santas Hernandez have jointly moved to continue the trial in this case that is currently set for August 11, 2014 [Doc. 120]. Defendant's expert witness is in Spain for the entire month of August 2014 and both parties want this witness to testify live rather than via videoconference [Id. at 1-2]. For good cause shown, the joint motion is hereby **GRANTED**. Trial is continued to Monday, December 1, 2014, at 1:30 PM in Courtroom 2308. The pretrial conference will be held Monday, November 24, 2014, at 2:30 PM in Courtroom 2308. By October 31, 2014, the parties are to file the following: motions in limine and voir dire questions. By October 31, 2014, the Government must file a brief summary of the indictment that the parties can rely

on for voir dire. By November 14, 2014, the parties are to file any objections to those items listed above.

The Court finds that the ends of justice are served by granting this continuance and are consistent with both the best interest of the public and individual justice in this matter. The time between the previous trial date and the new trial date is excluded from computation under the Speedy Trial Act pursuant to 18, U.S.C., § 3161(h)(3)(A) as the period of delay results from the unavailability of an essential witness and 18 U.S.C., § 3161(h)(7)(A) and (B)(ii) as failure to grant the continuance would likely result in a miscarriage of justice.

It is so **ORDERED** this 1st day of August, 2014.

_____
Amy Totenberg
United States District Judge